[No. 37495-1-II.   Division Two.   March 24, 2009.]

THE STATE OF WASHINGTON, Respondent, v. JOEL J.D.
ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 07-1-00280-7, Dave Edwards, J., en-
tered March 17, 2008. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Penoyar, A.C.J., and Quinn-
Brintnall, J.

[No. 37846-9-II.   Division Two.   March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE SAUL
FERRUZCA IBARRA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 08-1-00194-6, Diane M. Woolard, J., entered
May 29, 2008. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Hunt, J., concurred
in by Houghton and Quinn-Brintnall, JJ.

[No. 37925-2-II.   Division Two.   March 24, 2009.]

*In the Matter of the Dependency of* A.P.-G.

E.F.G., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH
SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 08-7-00017-6, Michael J. Sullivan, J., entered
June 24, 2008. *Remanded* by unpublished opinion per
Armstrong, J., concurred in by Van Deren, C.J., and Quinn-
Brintnall, J.